IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN TROTTER and
JOHNNIE TROTTER                                            PLAINTIFFS

            v.            Civil No. 06-5123

CLIFF MITCHELL d/b/a MITCHELL'S
LTD., MAAX SPAS ARIZONA, and
EMERSON ELECTRIC COMPANY                                   DEFENDANTS

## O R D E R

Now on this 2nd day of February, 2007, comes on for consideration the parties' **Joint Report To Court And Joint Motion For Leave** (document #25), and the Court, being well and sufficiently advised, finds the request for additional time to depose a representative of Allstate Insurance Company well taken, and the parties are allowed to take such deposition on or before March 5, 2007.  In all other respects, the Court's Scheduling Order remains unchanged.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE