```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

STEVEN TROTTER and
JOHNNIE TROTTER                                          PLAINTIFFS

        v.        Civil No. 06-5123

CLIFF MITCHELL d/b/a MITCHELL'S
LTD., MAAX SPAS ARIZONA, and
EMERSON ELECTRIC COMPANY                                 DEFENDANTS

## O R D E R

Now on this 8th day of February, 2007, comes on for consideration the **Joint Stipulation And Motion For Order Of Dismissal** (document #36) of plaintiffs and separate defendant Emerson Electric Company, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and plaintiffs' claims against separate defendant Emerson Electric Company are hereby **dismissed with prejudice**.

All other claims in this matter remain pending for trial.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE