IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| STEVEN TROTTER and<br>JOHNNIE TROTTER | PLAINTIFFS |
| v.    Civil No. 06-5123 | |
| CLIFF MITCHELL d/b/a MITCHELL'S<br>LTD., MAAX SPAS ARIZONA, INC., and<br>EMERSON ELECTRIC CO. | DEFENDANTS |

**O R D E R**

Now on this 9th day of February, 2007, comes on for consideration the **Joint Stipulation And Motion For Order Of Dismissal** (document #41) of separate defendants Cliff Mitchell d/b/a Mitchell's Ltd., and Emerson Electric Company, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted,** and all claims as and between Cliff Mitchell d/b/a Mitchell's Ltd., and Emerson Electric Company are hereby **dismissed with prejudice.**

All other claims in this matter remain pending for trial.

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
  JIMM LARRY HENDREN
  UNITED STATES DISTRICT JUDGE