```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

STEVEN TROTTER and
JOHNNIE TROTTER                                          PLAINTIFFS

        v.        Civil No. 06-5123

CLIFF MITCHELL d/b/a MITCHELL'S
LTD., MAAX SPAS ARIZONA, INC., and
EMERSON ELECTRIC CO.                                     DEFENDANTS

## O R D E R

Now on this 26th day of March, 2007, comes on for consideration the **Joint Motion To Dismiss** (document #45) of all parties, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and all claims of all parties in this matter are hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE